Denis Stearns, State Bar No. 1020675
R. Drew Falkenstein, WSBA #33401
dstearns@marlerclark.com
dfalkenstein@marlerclark.com
MARLER CLARK, LLP PS
701 First Avenue, Suite 6600
Seattle, WA 98104
Tel. (206) 346-1888
Fax (206) 346-1898
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| J.R., a minor child, and Z.R., a minor child, and their parents GERARD ROSPLOCH and NICOLE ROSPLOCH, Plaintiffs, v. JBS USA, LLC d/b/a "JBS Swift & Company," a foreign corporation, Defendant. | NO. 2:09-cv-806 |
|---|---|

## STIPULATION AND ORDER OF DISMISSAL

### STIPULATION

All the parties hereto, by and through their respective attorneys of record, hereby stipulate to the following:

(1) All claims asserted by all parties to this action should be dismissed, without prejudice, and without award of costs to any party, so that the parties may pursue settlement;

(2) This stipulation may be executed in one or more counter-parts, each of which shall constitute one and the same instrument, and which shall be binding and enforceable as if all parties had executed the same documents; and

(3) The proposed order of dismissal subjoined hereto may be presented to and entered by the court ex parte.

RESPECTFULLY SUBMITTED this 7th day of December, 2009.

| | |
|---|---|
| *s/Denis W. Stearns* | *s/ Charles L. Clay* |
| Denis W. Stearns, State Bar No. 1020675 | Alan M. Maxwell, (GA Bar No. 478625) |
| R. Drew Falkenstein, WSBA #33401 | Charles L. Clay, (GA Bar No. 129505) |
| MARLER CLARK, LLP, PS | WEINBERG, WHEELER, |
| 701 Fifth Avenue, Suite 6600 | HUDGINS, GUNN & DIAL, LLC |
| Seattle, WA 98104 | amaxwell@wwhgd.com |
| Phone 206.346.1888 | One Atlanta Plaza – Suite 3000 |
| Fax 206.346.1898 | 950 East Paces Ferry Rd. |
| dstearns@marlerclark.com | Atlanta, GA 30326 |
| dfalkenstein@marlerclark.com | Telephone: (404) 875-9433 |
| Attorneys for Plaintiffs | Facsimile: (404) 875-9433 |
| | Attorneys for Defendant |

## ORDER

This matter having come before the court as stipulated by and between the parties, and the court having read the stipulation and being thereby fully advised:

Now, therefore, it is hereby

ORDERED, ADJUDGED, and DECREED that all claims asserted by all parties to this action, are hereby dismissed, without prejudice, and without award of costs to any party.

DATED this _____ of December, 2009.

BY THE COURT

By: _____
The Honorable Rudolph T. Randa
U.S. District Court Judge

Presented by:

*s/Denis W. Stearns*
Denis W. Stearns, State Bar No. 1020675
R. Drew Falkenstein, WSBA #33401
MARLER CLARK, LLP, PS
701 Fifth Avenue, Suite 6600
Seattle, WA 98104
Phone 206.346.1888
Fax 206.346.1898
dstearns@marlerclark.com
dfalkenstein@marlerclark.com
Attorneys for Plaintiffs
Copy received; approved as to form; and

Notice of Presentation waived:

*s/ Charles L. Clay*
Alan M. Maxwell, (GA Bar No. 478625)
Charles L. Clay, (GA Bar No. 129505)
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

amaxwell@wwhgd.com
One Atlanta Plaza – Suite 3000
950 East Paces Ferry Rd.
Atlanta, GA  30326
Telephone:  (404) 875-9433
Facsimile:  (404) 875-9433

Attorneys for Defendant