UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| J.R., a minor child, and Z.R., a minor child, and their parents GERARD ROSPLOCH and NICOLE ROSPLOCH,<br><br>                Plaintiffs,<br><br>  v.<br><br>JBS USA, LLC d/b/a "JBS Swift & Company," a foreign corporation,<br><br>                Defendant. | NO. 2:09-cv-806 |

ORDER

This matter having come before the court as stipulated by and between the parties, and the court having read the stipulation and being thereby fully advised:

Now, therefore, it is hereby

ORDERED, ADJUDGED, and DECREED that all claims asserted by all parties to this action, are hereby dismissed, without prejudice, and without award of costs to any party.

DATED this 8th of December, 2009.

BY THE COURT

By: *s/ Rudolph T. Randa*
     Honorable Rudolph T. Randa
     U.S. District Court Judge